**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (State Bar No. 95064)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264
Email: jholtz@stutzartiano.com

Attorneys for Plaintiff and Counterdefendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendants.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>v.<br><br>JOHN NICHOLS,<br><br>    Counterclaimant. | Case No. EDCV-09-01068 VAP CWx<br><br>**ORDER** |

    IT IS SO ORDERED that the foregoing Stipulation and Protective Order, as modified by the courts, is approved.

DATED: February 16, 2010        *Carla M. Woehrle*
                                UNITED STATES MAGISTRATE JUDGE