O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. NICHOLS,<br><br>    Plaintiff/<br>    Counterdefendant,<br><br>    v.<br><br>THE NORTHWESTERN MUTUAL<br>LIFE INSURANCE COMPANY,<br><br>    Defendant/<br>    Counterclaimant. | Case No. EDCV 09-1068-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that (1) the policy issued by Northwestern Mutual to Nichols is deemed rescinded and void *ab initio*; (2) Nichols shall take nothing by reason of his complaint; and (3) all claims and counterclaims are resolved in favor of Northwestern Mutual and against Nichols.

Dated: March 31, 2010

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge